IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02471-RBJ

POWER ENGINEERS, INC.,

    Plaintiff,

v.

CENTURYTEL SERVICE GROUP, LLC,

    Defendant.

## ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

BEFORE ME is the parties' Stipulation for Dismissal with Prejudice. ECF No. 15. Having reviewed the Stipulation and being fully advised in the premises therefore, IT IS HEREBY ORDERED that the Stipulation is adopted as an Order of the Court and this matter is hereby dismissed with prejudice. It is further ordered that the parties shall bear their own attorney fees and costs.

DATED: 6/18/2015    BY THE COURT:

_____
R. Brooke Jackson
United States District Court Judge